SO ORDERED: July 26, 2012.



_____
Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEFFREY SCOTT HAUK | ) CASE NO. 12-06017-AJM-13 |
| MANDY ANN HAUK | ) |
| | ) |
| DEBTOR(S) | ) |

### ORDER GRANTING MOTION TO AVOID WHOLLY UNSECURED MORTGAGE

Debtor(s) herein, by counsel, having filed a Motion to Avoid Wholly Unsecured Mortgage Lien Chase Home Finance, in the amount of $17,574.00, on the real property located at 815 Catalpa Dr., Anderson, IN 46013.

And the Court having found said motion to be meritorious,

NOW ORDERS that the Motion to Avoid Wholly Unsecured Mortgage Lien of Chase Home Finance, in the amount of $17,574.00, on the real property located at 815 Catalpa Dr., Anderson, IN and legally described as follows:

Legal Description:
BABY FARMS 0.0000Acres STR: 00000 SECTION: PLAT: 00 IN: OUT:

is hereby GRANTED.

###