# Notice Recipients

District/Off: 0756−1     User: bwest     Date Created: 7/26/2012
Case: 12−06017−AJM−13     Form ID: pdfOrder     Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Jeffrey Scott Hauk | 815 Catalpa Drive | Anderson, IN 46013 |
| jdb | Mandy Ann Hauk | 815 Catalpa Drive | Anderson, IN 46013 |
| 11490204 | Chase Home Finance | PO Box 78116 | Phoenix, AZ 85062−8116 |
| | Chase Home Finance | 3401 Morse Crossing | Columbus, OH 43219 |

TOTAL: 4