**JOHN M. HAUBER**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 441644**
**INDIANAPOLIS, IN 46244-1644**

**TRUSTEE'S ANNUAL REPORT OF RECEIPTS AND DISBURSEMENTS**
(For the period from May 01, 2016 to April 30, 2017)
Chapter 13 Case #: 12-06017-RLM-13

RE: Jeffrey Scott Hauk                                   Attorney:  MARK S ZUCKERBERG
Mandy Ann Hauk                                                      429 N PENNSYLVANIA
815 Catalpa Drive                                                   SUITE 100
Anderson, IN 46013                                                  INDIANAPOLIS, IN 46204

(888)840-0926

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| May 12 | 248.54 | May 12 | 248.54 | May 12 | 248.54 | May 12 | 248.54 |
| May 12 | 248.54 | Jun 17 | 248.54 | Jun 17 | 248.54 | Jun 17 | 248.54 |
| Jun 17 | 248.54 | Jun 17 | 248.54 | Jul 13 | 248.54 | Jul 13 | 248.54 |
| Jul 13 | 248.54 | Jul 13 | 248.54 | Aug 17 | 248.54 | Aug 17 | 248.54 |
| Aug 17 | 248.54 | Aug 17 | 248.54 | Sep 09 | 248.54 | Sep 09 | 248.54 |
| Sep 09 | 248.54 | Sep 09 | 248.54 | Oct 20 | 248.54 | Oct 20 | 248.54 |
| Oct 20 | 248.54 | Oct 20 | 248.54 | Oct 20 | 248.54 | Nov 21 | 248.54 |
| Nov 21 | 248.54 | Nov 21 | 248.54 | Nov 21 | 248.54 | Dec 08 | 248.54 |
| Dec 08 | 248.54 | Dec 08 | 248.54 | Dec 08 | 248.54 | Jan 10 | 248.54 |
| Jan 10 | 248.54 | Jan 10 | 248.54 | Jan 10 | 248.54 | Feb 09 | 248.54 |
| Feb 09 | 248.54 | Feb 09 | 248.54 | Feb 09 | 248.54 | Feb 09 | 248.54 |
| Mar 10 | 248.54 | Mar 10 | 248.54 | Mar 10 | 248.54 | Mar 10 | 248.54 |
| Apr 11 | 248.54 | Apr 11 | 248.54 | Apr 11 | 248.54 | Apr 11 | 248.54 |
| Apr 11 | 248.54 | | | | | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | | | | 3,362.86 | | |
| DREF | Jeffrey Scott Hauk | Admin | | | | | | |
| ATTY | MARK S ZUCKERBERG | Admin | | 2,801.00 | 100.00% | 2,801.00 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.86 | 100.00% | 1.86 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.86 | 100.00% | 1.86 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| 00001 | VERIPRO SOLUTIONS INC | Secured | | 80,163.32 | 100.00% | 21,631.39 | 0.00 | 355.57 |
| 00002 | MADISON COUNTY FCU | Secured | 6.00% | 1,000.00 | 100.00% | 1,000.00 | 16.20 | 0.00 |
| 00004 | FIRST MERCHANTS BANK | Secured | 6.00% | 6,750.00 | 100.00% | 6,750.00 | 727.82 | 0.00 |
| 00005 | VERIPRO SOLUTIONS INC | Secured | | 18,749.38 | 100.00% | 18,749.38 | 0.00 | 0.00 |
| 00006 | INDIANA DEPT OF REVENUE (D-H) | Secured | 4.00% | 1,656.44 | 100.00% | 1,656.44 | 146.35 | 0.00 |
| 00007 | MADISON COUNTY TREASURER | Secured | 8.00% | 671.95 | 100.00% | 671.95 | 127.54 | 0.00 |
| 00008 | MADISON COUNTY FCU | Unsecured | | 965.84 | 40.00% | 627.24 | 0.00 | 338.60 |
| 00009 | FIRST MERCHANTS BANK | Unsecured | | 302.86 | 40.00% | 196.68 | 0.00 | 106.18 |
| 00010 | eCAST SETTLEMENT CORPORATION | Unsecured | | 285.66 | 40.00% | 185.51 | 0.00 | 100.15 |
| 00011 | eCAST SETTLEMENT CORPORATION | Unsecured | | 183.30 | 40.00% | 119.04 | 0.00 | 64.26 |
| 00012 | ECMC | | | PAY DIRECT | | | | |
| 00013 | CHASE HOME FINANCE | | | NOT FILED | | | | |

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 00014 | SCHEDULED UNSECURED | | | NOT FILED | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 04/30/2017

Receipts: $58,777.46     Paid to Claims: $52,605.54     Administrative Costs Paid: $6,171.92

** **NOTE:** Please note that we may not yet have commenced payment to all levels of creditors under your plan. If you note any discrepancies between this report and your records, please report this, in writing, to the Trustee's office.

** **NOTE:** Your case information is available on the Internet at www.13network.com. To setup your UserID and access this system, please enter your case number (without a hyphen) and the last 4 digits of your Social Security Number.

** **NOTE:** You are now able to make your plan payments through our **ePay** program. Please visit our website at **www.Hauber13.com** for general questions and to register for **ePay**.

Respectfully Submitted,

/s/ John M. Hauber

John M. Hauber, Trustee