**SO ORDERED: November 27, 2017.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEFFREY SCOTT HAUK and | ) CASE NO. 12-06017-RLM-13 |
| MANDY ANN HAUK, | ) |
| | ) |
| DEBTOR. | ) |
| | ) |

### ORDER ON MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

Comes now John M. Hauber, (successor) Trustee herein, having filed his "Motion for Determination of Final Cure" (the "Motion") pursuant to Fed.R. Bankr.P. 3002.1(h) and (i),

And creditor Veripro Solutions Inc., ("Creditor") having been properly served but having failed to file a Response,

And the Court now finds that said Motion appears proper in all respects and, accordingly, the Court now ORDERS as follows:

(1)   Debtor has paid in full the amount required to cure the default on their mortgage loan account #2267 with Veripro Solutions Inc.

   (2) Debtor has paid all outstanding post-petition fees, costs or negative escrow amounts due; and

   (3) Debtor is otherwise current on all post-petition payments through May 31, 2017 consistent with section 1322(b)(5).

###